UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GLENN DAMOND** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-1570** |
| **EXPERIAN INFORMATION SOLUTIONS, INC., ET AL.** | **SECTION "O"** |

## ORDER AND REASONS

Plaintiff Glenn Damond filed this *pro se* action against Experian Information Solutions, Inc. ("Experian"), TransUnion LLC ("TransUnion"), Equifax Information Services LLC ("Equifax"), and CSC Lawyers Incorporating Services ("CSC") on July 30, 2025, asserting violations of the Fair Credit Reporting Act and Lanham Act as well as state law claims seeking billions of dollars in damages and injunctive relief.[1]

On November 18, 2025, the Court referred[2] several pending motions to Magistrate Judge Donna Phillips Currault and referred[3] an additional motion on December 1, 2025. On December 12, 2025, Judge Currault issued a Report and Recommendation[4] ("R&R") recommending that the Rule 12(b)(6) motion to dismiss filed by Defendants Equifax and TransUnion and adopted by Experian be granted in part; Plaintiff's motion for default judgment as to CSC be denied; Plaintiff's motion for leave to file an amended complaint be denied without prejudice; CSC's motion to

---

[1] *See generally* ECF No. 1 (Complaint).
[2] *See* ECF No. 38 (referring ECF Nos. 13, 27, 29, 31, and 37).
[3] *See* ECF No. 42 (referring ECF No. 39).
[4] ECF No. 44.

set aside default be granted; Plaintiff's motion to strike be denied; and CSC's motion to dismiss pursuant to Rule 12(b)(2) be granted.

On December 18, 2025, Plaintiff Glenn Damond filed objections[5] to Magistrate Judge Currault's R&R. The Court applies a *de novo* review to the parts of the R&R to which he objects. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *see also Hernandez v. Estelle*, 711 F.2d 619, 620 (5th Cir. 1983) (holding that *de novo* determination requires "the district court to arrive at its own, independent conclusion about those portions of the magistrate's report to which objection is made[, which] is not satisfied by a mere review of the magistrate's report itself"). Any portion of the R&R to which Damond did not object is reviewed for clear error. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996).

Having conducted a thorough review of Plaintiff's complaint, the briefing for all motions submitted by the parties, the applicable law, the Magistrate Judge's R&R, and Plaintiff's objections, the Court concludes the R&R should be adopted because Defendants' objections to the R&R are without merit. The Court hereby approves the R&R and adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that Defendants' objections[6] to the Magistrate Judge's Report and Recommendation are **OVERRULED.** The Magistrate Judge's Report and Recommendation[7] is **ADOPTED.**

---

[5] ECF No. 46.
[6] ECF No. 46.
[7] ECF No. 44.

**IT IS FURTHER ORDERED** that the Rule 12(b)(6) motion[8] to dismiss filed by Defendants Equifax Information Services LLC, TransUnion LLC, and Experian Information Solutions, is **GRANTED IN PART.** Plaintiff's Lanham Act claims are **DISMISSED WITH PREJUDICE.** Plaintiff's FCRA claims are **DISMISSED WITHOUT PREJUDICE** with leave to amend within twenty-one days of this order.

**IT IS FURTHER ORDERED** that Plaintiff's motion[9] for default judgment as to CSC Lawyers Incorporating Services is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's motion[10] for leave to file amended complaint is **DENIED WITHOUT PREJUDICE** to Plaintiff's right to file an amended complaint as directed within 21 days.

**IT IS FURTHER ORDERED** that CSC Lawyers Incorporating Services' motion[11] to set aside default is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's motion[12] to strike is **DENIED**.

**IT IS FURTHER ORDERED** that CSC Lawyers Incorporating Services' motion[13] to dismiss pursuant to Rule 12(b)(2) is **GRANTED** and to 12(b)(6) is **DISMISSED AS MOOT.**

---

[8] ECF No. 13.
[9] ECF No. 27.
[10] ECF No. 29.
[11] ECF No. 31.
[12] ECF No. 37.
[13] ECF No. 39.

New Orleans, Louisiana, this 9th day of January, 2026.

‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌_____
BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

4