**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| GLENN DAMOND, | |
| Plaintiff, | Case No. 2:25-cv-01570-WJC-DPC |
| v. | DISTRICT JUDGE WILLIAM J. CRAIN |
| EXPERIAN INFORMATION SOLUTIONS, INC., ET AL. | MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT |
| Defendants. | |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S**
**MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

NOW INTO COURT, through undersigned counsel, comes Defendant Experian Information Solutions, Inc. ("Experian"), which respectfully requests that prior counsel, Bradley Clay Knapp and Peyton C. Lambert of the law firm Troutman Pepper Locke, LLP, 601 Poydras Street, Suite 2660, New Orleans, Louisiana 70130, be withdrawn as counsel of record for Experian, and that Julie M. McCall (La. Bar No. 29992) of the law firm Butler Snow, LLP, 445 North Blvd., Suite 300, Baton Rouge, Louisiana 70802, be enrolled as counsel of record for Experian.

WHEREFORE, Experian prays that Bradley Clay Knapp and Peyton C. Lambert be withdrawn as counsel for Experian and Julie M. McCall be enrolled as counsel of record for Experian.

Dated: June 10, 2026

Respectfully submitted,

/s/ *Julie M. McCall*

Julie M. McCall
Louisiana Bar No. 29992
BUTLER SNOW LLP
445 North Blvd., Suite 300
Baton Rouge, LA 70802
Telephone:  (225) 325-8700
Facsimile:  (225) 325-8800
Julie.McCall@butlersnow.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

/s/ *Peyton C. Lambert*

Peyton C. Lambert
Louisiana Bar No. 32537
TROUTMAN PEPPER LOCKE LLP
601 Poydras Street, Suite 2660
New Orleans, LA 70130
Telephone:  (504) 558-5100
Peyton.lambert@troutman.com

*Former attorneys for Defendant*
*Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2026, I caused the foregoing document to be filed with the

Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel

of record. I further certify that a copy was also served upon the following by email and U.S. mail:

Glenn Damond
*Pro Se*
P.O. Box 1236
Lacombe, LA 70445

*/s/ Julie M. McCall*
Julie M. McCall