**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**GLENN DAMOND**                                                    **CIVIL ACTION**

**v.**                                                                          **NO: 25-1570**

**EXPERIAN INFORMATION**                              **SECTION: C (2)**
**SOLUTIONS, INC. ET AL**

## ORDER

Considering <u>Defendant Experian Information Solutions, Inc.'s Motion for Withdrawal and Substitution of Counsel</u> filed on June 10, 2026 (Rec. Doc. 58):

IT IS ORDERED that the motion is GRANTED.

New Orleans, Louisiana this ___10th___ day of June 2026

_____
WILLIAM J. CRAIN
UNITED STATES DISTRICT JUDGE