IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GLENN DAMOND | CIVIL ACTION: 2:25-cv-1570 |
| VERSUS | JUDGE BRANDON S. LONG |
| TRANS UNION, LLC, ET AL. | MAGISTRATE DONNA CURRAULT |

### TRANS UNION, LLC'S MOTION TO WITHDRAW CO-COUNSEL AND ENROLL NEW CO-COUNSEL OF RECORD

Trans Union, LLC ("Trans Union"), Defendant, through undersigned counsel, moves the Court for the entry of an Order granting the following relief:

1.    Trans Union moves to withdraw Matthew M. McCluer (#33970) as its co-counsel because he is no longer affiliated with Leake Andersson LLP and consents to the entry of an Order granting such relief as set forth in the Affidavit attached hereto as Exhibit A.

2.    Trans Union moves to enroll Karen E. Futch (#31164), email: *kfutch@leakeandersson.*com and Christopher A. Ward (#40987), email *cward@leakeandersson.com* of the law firm Leake Andersson LLP, 1100 Poydras Street, Suite 1700, New Orleans, LA 70163, Phone 504-585-7500, as Trans Union's new co-counsel of record.

3.    George D. Fagan (#14260) of Leake Andersson LLP shall remain enrolled as Trans Union's trial counsel.

**WHEREFORE,** Trans Union, LLC prays that the Court grant its Motion and enter an Order that withdraws Matthew M. McCluer (#33970) as Trans Union's co-counsel, enrolls  Karen E. Futch (#31164) and Christopher A. Ward (#40987) as Trans Union's new co-counsel of record and maintains George D. Fagan (#14260) of Leake Andersson LLP as Trans Union's trial counsel.

Respectfully submitted:

GEORGE D. FAGAN (#14260)
**Leake Andersson LLP**
1100 Poydras Street, Suite 1700
New Orleans, LA 70163
Direct: 504-585-7612
Main Telephone: 504-585-7500
Fax: 504-585-7775
E-mail: *gfagan@leakeandersson.com*

***Counsel for Trans Union, LLC***