# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GLENN DAMOND** | **CIVIL ACTION** |
| **v.** | **NO: 25-1570** |
| **EXPERIAN INFORMATION SOLUTIONS, INC. ET AL** | **SECTION: C (2)** |

## ORDER

Considering <u>Trans Union, LLC's Motion to Withdraw Co-Counsel and Enroll New Co-Counsel of Record</u> filed on June 12, 2026 (Rec. Doc. 60):

IT IS ORDERED that the motion is GRANTED.

New Orleans, Louisiana this __15th__ day of June 2026

_____
WILLIAM J. CRAIN
UNITED STATES DISTRICT JUDGE