**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| GLENN DAMOND, | § | |
| | § | |
| *Plaintiff*, | § | Case No. 2:25-cv-01570-WJC-DPC |
| | § | |
| v. | § | DISTRICT JUDGE WILLIAM J. CRAIN |
| | § | |
| EXPERIAN INFORMATION | § | MAGISTRATE JUDGE DONNA |
| SOLUTIONS, INC. et al., | § | PHILLIPS CURRAULT |
| | § | |
| *Defendants*. | § | |

### *EX PARTE* MOTION TO ENROLL COUNSEL *PRO HAC VICE*

Pursuant to Eastern District of Louisiana Local Civil Rule 83.2.5, Julie M. McCall, Esq., attorney for Defendant Experian Information Solutions, Inc. ("Experian") in the above-referenced action, hereby requests that the following attorney be granted permission to appear and participate pro hac vice as co-counsel for Experian in this case:

Jake W. Goodman
Venable LLP
151 W. 42nd Street, 49th Floor
New York, NY 10036
JWGoodman@Venable.com
212-370-6269

Mr. Goodman is a member in good standing of the Bar of the State of New York, Bar No. 5850953, as attested by the accompanying Affidavit of Jake W. Goodman and Certificate of Good Standing. This Motion is also accompanied by the required filing fee.

Respectfully submitted this 9th day of July, 2026.

*/s/ Julie M. McCall*
Julie M. McCall
Louisiana Bar No: 29992
Butler Snow LLP
445 North Boulevard, Suite 300
Baton Rouge, LA 70802
Julie.McCall@butlersnow.com

1

Telephone: (225) 325-8734
Facsimile: (225) 325-8800

**Counsel for Defendant Experian Information
Solutions, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on July 9th, 2026, I presented the foregoing document with the Clerk

of the Court using the CM/ECF system, which will send notification of such filing to all counsel

of record via transmission of Notices of Electronic Filing generated by CM/ECF or mail. I further

certify that a true and correct copy of the foregoing document was served on Plaintiff, proceeding

*pro se*, via U.S.P.S. First-Class Mail and/or email to:

Glenn Damon
P.O. Box 1236
Lacombe, LA 70445
(985) 379-8016
Glenndamond3@gmail.com

Plaintiff Pro Se

*/s/ Julie M. McCall*
Julie M. McCall

2